UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>    v.<br><br>DANIEL WAYNE GORMAN,<br><br>              Defendant. | Case No. 18cr4083-JAH<br><br>PRELIMINARY ORDER OF CRIMINAL FORFEITURE |

WHEREAS, in the Superseding Information, the United States sought forfeiture of all right, title and interest in specific properties of Defendant DANIEL WAYNE GORMAN ("Defendant"), pursuant to Title 21, United States Code, Section 853 and Title 18, United States Code, Section 1029(c), as properties used or intended to be used to commit or to facilitate the commission of the violations of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 1029(a)(3), as charged in the Superseding Information; and

WHEREAS, on or about January 31, 2019, Defendant pled guilty before U.S. Magistrate Judge Andrew G. Schopler to Counts 1 and 2 of the Superseding Information, which pleas included consents to the forfeiture allegations of the Superseding Information, including forfeiture of the following properties pursuant to 21 U.S.C. § 853 and 18 U.S.C. § 1029(c):

    (1)    Approximately nine (9) Laptop Computers

| | | |
|---|---|---|
| (2) | Approximately one (1) Desktop Computer | |
| (3) | Approximately eight (8) card readers/encoders | |
| (4) | Camera | |
| (5) | Embossing machine | |
| (6) | Tipping machine | |
| (7) | One tablet | |
| (8) | Approximately fifty-seven (57) electronic storage devices | |
| (9) | Box of blank checks | |
| (10) | Approximately four (4) gun accessories | |
| (11) | Two passports | |
| (12) | Approximately five-hundred forty (540) counterfeit credit cards | |
| (13) | Approximately six hundred ninety six (696) blank credit cards | |
| (14) | Approximately one-hundred eleven (111) plastic cards with magnetic stripe | |
| (15) | Approximately seventy-one (71) plastic cards | |
| (16) | Approximately nine (9) plastic cards with EMV chips | |
| (17) | Approximately seventy-one (71) counterfeit state identification cards | |
| (18) | Approximately six (6) counterfeit federal identification cards | |
| (19) | Approximately two (2) counterfeit identification cards | |
| (20) | Approximately ten (10) counterfeit social security cards | |
| (21) | Approximately nine (9) miscellaneous identification cards | |
| (22) | Approximately sixty (60) gift cards | |
| (23) | Approximately two (2) Blue Apron/Store cards | |
| (24) | Approximately forty-six (46) access cards | |
| (25) | Approximately two (2) stamps | |

| | | |
|---|---|---|
| 1 | (26) | Labels |
| 2 | (27) | Western Union card |
| 3 | (28) | Approximately seven (7) notebooks |
| 4 | (29) | Approximately two (2) checkbooks |
| 5 | (30) | Two (2) computer disks |
| 6 | (31) | CD |
| 7 | (32) | Five envelopes |
| 8 | (33) | Two documents containing personal information |
| 9 | (34) | Card holder |
| 10 | (35) | Box containing credit cards |
| 11 | (36) | Bag of miscellaneous cards |
| 12 | (37) | Trash bag of documents |
| 13 | (38) | Apple trackpad |
| 14 | (39) | Backpack |
| 15 | (40) | Luggage |
| 16 | (41) | Portfolio |
| 17 | (42) | Assorted electrical hardware |
| 18 | (43) | Label maker |
| 19 | (44) | Weapon lock |
| 20 | (45) | Box of keys |
| 21 | (46) | SATA HDD station |
| 22 | (47) | Wireless keyboard |
| 23 | (48) | Magnetic strips |
| 24 | (49) | Pack of laminate |
| 25 | (50) | Black case |
| 26 | (51) | Holographic image |
| 27 | (52) | Wallet; and |
| 28 | // | |

WHEREAS, on April 17, 2019 this Court accepted the guilty pleas of Defendant; and

WHEREAS, by virtue of the facts set forth in the plea agreement and financial addendum, the United States has established the requisite nexus between the forfeited properties and the offenses of conviction; and

WHEREAS, by virtue of said guilty pleas, the United States is now entitled to possession of the above-referenced properties, pursuant to 21 U.S.C. § 853, 18 U.S.C. § 1029(c) and Rule 32.2(b) of the Federal Rules of Criminal Procedure; and

WHEREAS, pursuant to Rule 32.2(b), the United States having requested the authority to take custody of the above-referenced properties which are hereby found forfeitable by the Court; and

WHEREAS, the United States, having submitted the Order herein to the Defendant through his attorney of record, to review, and no objections having been received;

Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. Based upon the guilty pleas of the Defendant, the United States is hereby authorized to take custody and control of the following assets, and all right, title and interest of Defendant DANIEL WAYNE GORMAN in the following properties are hereby forfeited to the United States pursuant to Title 21, United States Code, Section 853 and Title 18, United States Code, Section 1029, for disposition in accordance with the law, subject to the provisions of 21 U.S.C. § 853(n):

    (1)    Approximately nine (9) Laptop Computers

    (2)    Approximately one (1) Desktop Computer

    (3)    Approximately eight (8) card readers/encoders

    (4)    Camera

    (5)    Embossing machine

    (6)    Tipping machine

    (7)    One tablet

(8) Approximately fifty-seven (57) electronic storage devices

(9) Box of blank checks

(10) Approximately four (4) gun accessories

(11) Two passports

(12) Approximately five-hundred forty (540) counterfeit credit cards

(13) Approximately six hundred ninety six (696) blank credit cards

(14) Approximately one-hundred eleven (111) plastic cards with magnetic stripe

(15) Approximately seventy-one (71) plastic cards

(16) Approximately nine (9) plastic cards with EMV chips

(17) Approximately seventy-one (71) counterfeit state identification cards

(18) Approximately six (6) counterfeit federal identification cards

(19) Approximately two (2) counterfeit identification cards

(20) Approximately ten (10) counterfeit social security cards

(21) Approximately nine (9) miscellaneous identification cards

(22) Approximately sixty (60) gift cards

(23) Approximately two (2) Blue Apron/Store cards

(24) Approximately forty-six (46) access cards

(25) Approximately two (2) stamps

(26) Labels

(27) Western Union card

(28) Approximately seven (7) notebooks

(29) Approximately two (2) checkbooks

(30) Two (2) computer disks

(31) CD

(32) Five envelopes
(33) Two documents containing personal information
(34) Card holder
(35) Box containing credit cards
(36) Bag of miscellaneous cards
(37) Trash bag of documents
(38) Apple trackpad
(39) Backpack
(40) Luggage
(41) Portfolio
(42) Assorted electrical hardware
(43) Label maker
(44) Weapon lock
(45) Box of keys
(46) SATA HDD station
(47) Wireless keyboard
(48) Magnetic strips
(49) Pack of laminate
(50) Black case
(51) Holographic image
(52) Wallet.

2. The aforementioned forfeited assets are to be held by the United States Secret Service in its secure custody and control.

3. Pursuant to Rule 32.2(b) and (c), the United States is hereby authorized to begin proceedings consistent with any statutory requirements pertaining to ancillary hearings and rights of third parties. The Court shall conduct ancillary proceedings as the Court deems appropriate only upon the receipt of timely third party petitions filed with the Court and served upon the United States. The Court

may determine any petition without the need for further hearings upon the receipt of the Government's response to any petition. The Court may enter an amended order without further notice to the parties.

4. Pursuant to the Attorney General's authority under Section 853(n)(1) of Title 21, United States Code, Rule 32.2(b)(6), Fed. R. Crim. P., and Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the United States forthwith shall publish for thirty (30) consecutive days on the Government's forfeiture website, www.forfeiture.gov, notice of this Order, notice of the United States' intent to dispose of the properties in such manner as the Attorney General may direct, and notice that any person, other than the Defendant, having or claiming a legal interest in the above-listed forfeited properties must file a petition with the Court within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier.

5. This notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought.

6. The United States shall also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the properties that are the subject of the Preliminary Order of Criminal Forfeiture, as a substitute for published notice as to those persons so notified.

7. Upon adjudication of all third-party interests, this Court will enter an Amended Order of Forfeiture pursuant to 21 U.S.C. § 853(n) as to the above-referenced assets, in which all interests will be addressed.

//
//
//

8. Pursuant to Rule 32.2(b)(4), this Order of Forfeiture shall be made final as to the Defendant at the time of sentencing and is part of the sentence and included in the judgment.

DATED: October 16, 2019

_____
Hon. John A. Houston
United States District Judge