1
2
3
4
5
6
7
8                           UNITED STATES DISTRICT COURT

9                          SOUTHERN DISTRICT OF CALIFORNIA

10   UNITED STATES OF AMERICA,                    Case No.  18cr4083-JAH

11                    Plaintiff,                  AMENDED ORDER OF
                                                  CRIMINAL FORFEITURE
12          v.

13   DANIEL WAYNE GORMAN,

14                    Defendant.

15

16          On October 16, 2019, this Court entered its Preliminary Order of Criminal

17   Forfeiture, which condemned and forfeited to the United States all right, title and

18   interest of DANIEL WAYNE GORMAN ("Defendant") in the following properties:

19          (1)    Approximately nine (9) Laptop Computers

20          (2)    Approximately one (1) Desktop Computer

21          (3)    Approximately eight (8) card  readers/encoders

22          (4)    Camera

23          (5)    Embossing machine

24          (6)    Tipping machine

25          (7)    One tablet

26          (8)    Approximately fifty-seven (57) electronic storage devices

27          (9)    Box of blank checks

28          (10)   Approximately four ( 4) gun accessories

(11)   Two passports

(12)   Approximately five-hundred forty (540)  counterfeit credit cards

(13)   Approximately six hundred ninety six (696) blank credit cards

(14)   Approximately one-hundred eleven(111) plastic cards with magnetic stripe

(15)   Approximately seventy-one (71) plastic  cards

(16)   Approximately nine (9) plastic cards with EMV chips

(17)   Approximately seventy-one (71) counterfeit state identification cards

(18)   Approximately six (6) counterfeit federal identification cards

(19)   Approximately two (2) counterfeit identification cards

(20)   Approximately ten (10) counterfeit social security cards

(21)   Approximately nine (9) miscellaneous identification cards

(22)   Approximately sixty (60) gift cards

(23)   Approximately two (2) Blue Apron/Store cards

(24)   Approximately forty-six (46) access cards

(25)   Approximately two (2) stamps

(26)   Labels

(27)   Western Union card

(28)   Approximately seven (7) notebooks

(29)   Approximately two (2) checkbooks

(30)   Two (2) computer disks

( 31)  CD

(32)   Five envelopes

(33)   Two documents containing  personal information

(34)   Card holder

(35)   Box containing credit cards

(36)   Bag of miscellaneous cards

(37)   Trash bag of documents

(38)   Apple trackpad

(39)   Backpack

(40)   Luggage

(41)   Portfolio

(42)   Assorted electrical hardware

(43)   Label maker

(44)   Weapon lock

(45)   Box of keys

(46)   SATA HDD station

(47)   Wireless keyboard

(48)   Magnetic strips

(49)   Pack of laminate

(50)   Black case

(51)   Holographic image

(52)   Wallet.

For thirty (30) consecutive days ending on August 7, 2020, the United States published on its forfeiture website, www.forfeiture.gov, notice of the Court's Order and the United States' intent to dispose of the properties in such manner as the Attorney General may direct, pursuant to 21 U.S.C. § 853(n) and Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and further notifying all third parties of their right to petition the Court within thirty (30) days of the final publication for a hearing to adjudicate the validity of their alleged legal interest in the properties.

//

//

There were no potential third parties known to the United States to have alleged an interest in the forfeited properties; therefore, no one was provided with direct notice of the forfeiture.

Thirty (30) days have passed following the final date of notice by publication, and no third party has made a claim to or declared any interest in the forfeited properties described above.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that, as a result of the failure of any third party to come forward or file a petition for relief from forfeiture as provided by law, all right, title and interest of DANIEL WAYNE GORMAN and any and all third parties in the following properties are hereby condemned, forfeited and vested in the United States of America:

(1) Approximately nine (9) Laptop Computers

(2) Approximately one (1) Desktop Computer

(3) Approximately eight (8) card readers/encoders

(4) Camera

(5) Embossing machine

(6) Tipping machine

(7) One tablet

(8) Approximately fifty-seven (57) electronic storage devices

(9) Box of blank checks

(10) Approximately four ( 4) gun accessories

(11) Two passports

(12) Approximately five-hundred forty (540) counterfeit credit cards

(13) Approximately six hundred ninety six (696) blank credit cards

(14) Approximately one-hundred eleven(111) plastic cards with magnetic stripe

18cr4083

(15)   Approximately seventy-one (71) plastic cards

(16)   Approximately nine (9) plastic cards with EMV chips

(17)   Approximately seventy-one (71) counterfeit state identification cards

(18)   Approximately six (6) counterfeit federal identification cards

(19)   Approximately two (2) counterfeit identification cards

(20)   Approximately ten (10) counterfeit social security cards

(21)   Approximately nine (9) miscellaneous identification cards

(22)   Approximately sixty (60) gift cards

(23)   Approximately two (2) Blue Apron/Store cards

(24)   Approximately forty-six (46) access cards

(25)   Approximately two (2) stamps

(26)   Labels

(27)   Western Union card

(28)   Approximately seven (7) notebooks

(29)   Approximately two (2) checkbooks

(30)   Two (2) computer disks

(31)   CD

(32)   Five envelopes

(33)   Two documents containing personal information

(34)   Card holder

(35)   Box containing credit cards

(36)   Bag of miscellaneous cards

(37)   Trash bag of documents

(38)   Apple trackpad

(39)   Backpack

(40)   Luggage

(41)   Portfolio

1      (42)   Assorted electrical hardware

2      (43)   Label maker

3      (44)   Weapon lock

4      (45)   Box of keys

5      (46)   SATA HDD station

6      (47)   Wireless keyboard

7      (48)   Magnetic strips

8      (49)   Pack of laminate

9      (50)   Black case

10     (51)   Holographic image

11     (52)   Wallet.

IT IS FURTHER ORDERED that costs incurred by the United States Secret Service and any other governmental agencies which were incident to the seizure, custody and storage of the properties be the first charge against the forfeited properties.

IT IS FURTHER ORDERED that the United States Secret Service shall dispose of the forfeited properties according to law.

DATED: September 21, 2020

Hon. John A. Houston
United States District Judge